J. B. BRINTNELL, *Appellant*, vs. H. T. ECKLES AND MARY D. ECKLES, his wife, *Appellees*.

En Banc.

Decision filed February 6, 1931.

Petition for rehearing denied February 27, 1931.

*Collins, Collins & Lumpkin*, for Appellant;
*Frank L. Butts*, for Appellees.

PER CURIAM.—This is a motion to advance for early consideration and disposition. It does not come within the rule to advance but by its terms it may be treated as a motion to quash. It is so treated and is granted on authority of Norfleet Holding Company vs. Price, filed February 5, 1931.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.